IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTEBAN VASQUEZ GOMEZ,<br><br>Defendant. | CASE NO. 8:22CR78<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____         04/29/2022
Defendant                                Date

_____         04/29/2022
Attorney for Defendant                   Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  29th  day of    April    , 2022.

BY THE COURT:

   s/ Michael D. Nelson
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT